IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| NARVAEZ ARROYO, ORLANDO | CASE NO.: 08-03266-SEK<br>JUDGE: DE JESUS, SARA |
| DEBTOR(S) | (CHAPTER 7) |

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on August 12, 2010. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

Claims docket necessary at this time. Yes _____ No _____. Tape No. _____ Side _____
Exemptions as claimed in Schedule C allowed. Yes _____ No _____ From _____
Creditor(s) Present Yes _____ No _____.

Attorney's Information
Present with Debtor(s) was
_____ Attorney of Record
_____ Other: _____
_____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
_____ A, _____ B, _____ C, _____ D, _____ E, _____ I & J, _____ Other _____
_____ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
_____ Documents on Real Property     /     _____ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance) No Show -

**Trustee further requests that:**
_____ Case be closed as no-asset as of the date of §341(a) meeting.     _____ Upon receipt of documents.
_____ Case be held open for potential asset recovery.
_____ Case be **RESET** the §341(a) Meeting
  _____ On the _____ day of _____, 200___, at _____.
  _____ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    _____ Debtor(s) failed to appear.
    _____ Attorney for Debtor(s) failed to appear.
    _____ Further testimony or material is needed.

_____ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
_____ Failure to provide complete: _____ Schedules, _____ Statement of Affairs, _____ Mailing Lists,
_____ Description of estate assets.
_____ Failure of _____ Debtor(s) _____ Counsel to appear at:
    _____ initial _____ subsequent creditor meetings.

Dated: August 12, 2010

/s/ Wilfredo Segarra Miranda
WILFREDO    SEGARRA-MIRANDA,
Trustee